IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John Feins,<br><br>          Plaintiff,<br><br>v.<br><br>Goldwater Bank NA,<br><br>          Defendant. | No. CV-22-00932-PHX-JJT<br><br>**ORDER** |

At issue is Plaintiff's First Amended Complaint (Doc. 12). A party may amend a complaint once as a matter of course within 21 days after serving it, or within 21 days of service of, among others, a Rule 12(b)(6) motion. Fed. R. Civ. P. 15(a). In all other circumstances, absent the opposing party's written consent, a party must seek leave to amend from the court. Fed. R. Civ. P. 15(a)(2). Although the decision whether to grant or deny a motion to amend is within the trial court's discretion, "Rule 15(a) declares that leave to amend shall be freely given when justice so requires." *Foman v. Davis,* 371 U.S. 178, 182 (1962) (citation and internal quotation marks omitted). "In exercising its discretion with regard to the amendment of pleadings, a court must be guided by the underlying purpose of Rule 15–to facilitate a decision on the merits rather than on the pleadings or technicalities." *Eldridge v. Block,* 832 F.2d 1132, 1135 (9th Cir. 1987) (citation and internal quotation marks omitted).

Here, the period in which Plaintiff could have amended its Complaint as a matter of course has passed. As a result, absent Defendant's written consent, Plaintiff must file a

Motion to Amend. In addition, Local Rule 15.1(a) requires a party moving for leave to amend a complaint to attach a copy of the proposed amended complaint as an exhibit to the motion, "which must indicate in what respect it differs from the pleading it amends, by bracketing or striking through the text to be deleted and underlining the text to be added." Plaintiff's proposed Amended Complaint (Doc. 12) does not comply with these provisions.

Because Plaintiff did not file a motion requesting leave to file an Amended Complaint, as required by Rule 15(a)(2), and did not attach an exhibit indicating how the Amended Complaint differs from the Complaint, as required by Local Rule 15.1(a), the Court will strike Plaintiff's Amended Complaint (Doc. 12) but give Plaintiff an opportunity to file a Motion to Amend by July 15, 2022. The Court will continue Defendant's time to file an Answer until such time as the Answer will be due on Plaintiff's Amended Complaint, calculated from the date Plaintiff properly files the Amended Complaint on the docket after obtaining the Court's leave to do so.

**IT IS THEREFORE ORDERED** striking Plaintiff's Amended Complaint (Doc. 12). Plaintiff may file a Motion to Amend pursuant to Federal Rule of Civil Procedure 15(a)(2) and Local Rule 15.1(a) by July 15, 2022.

**IT IS FURTHER ORDERED** continuing the time Defendants have to file an Answer until such time as the Answer will be due on a properly filed Amended Complaint.

Dated this 7th day of July 2022.

Honorable John J. Tuchi
United States District Judge