IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John Feins,<br><br>           Plaintiff,<br><br>v.<br><br>Goldwater Bank NA,<br><br>           Defendant. | No. CV-22-00932-PHX-JJT<br><br>**ORDER** |

At issue is Plaintiff's Consent Motion for Extension of Time to Respond to Defendant Goldwater Bank, N.A.,'s Motion to Dismiss Plaintiff's Amended Complaint (Doc. 18). Upon review and good cause appearing,

**IT IS HEREBY ORDERED** granting Plaintiff's Consent Motion for Extension of Time to Respond to Defendant Goldwater Bank, N.A.,'s Motion to Dismiss Plaintiff's Amended Complaint (Doc. 18).

**IT IS FURTHER ORDERED** extending the deadline for Plaintiff to file a response to Defendant's Motion to Dismiss Amended Complaint (Doc. 16) to **August 19, 2022**.

Dated this 3rd day of August, 2022.

Honorable John J. Tuchi
United States District Judge