SEAN C. WAGNER (admitted *Pro Hac Vice*)
Sean.Wagner@wagnerhicks.law
ABBEY M. KRYSAK (*Pro Hac Vice*)
Abbey.Krysak@wagnerhicks.law
MEAGAN L. ALLEN (admitted *Pro Hac Vice*)
Meagan.Allen@wagnerhicks.law
**WAGNER HICKS PLLC**
831 East Morehead Street, Suite 860
Charlotte NC 28202
Tel: (704) 705-7538

C. CHRISTINE BURNS (AZ Bar No. 017108)
christine@burnsbarton.com
**BURNSBARTON PLC**
2201 East Camelback Road, Ste. 360
Phoenix, AZ 85016
Tel: (602) 753-4500

Attorneys for Defendant
GOLDWATER BANK, N.A.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| John Feins, individually and on behalf of all others similarly situated,<br><br>*Plaintiff(s),*<br><br>vs.<br><br>Goldwater Bank, N.A.,<br><br>*Defendant.* | Case No. 2:22-CV-00932-JJT<br><br>**NOTICE OF SUBSTITUTION** |

Pursuant to L.R. Civ. 83.3, Defendant Goldwater Bank, N.A. hereby gives notice that attorney C. Christine Burns is substituted for attorney Benjamin J. Naylor in this action. Mail correspondence can be addressed to Ms. Burns at BurnsBarton PLC, 2201 East Camelback Road, Suite 360, Phoenix, Arizona 85016. Ms. Burns' email address is christine@burnsbarton.com, and she can be reached by telephone at (602) 753-4511.

Sean C. Wagner, Abby M. Krysak, and Meagan L. Allen remain as additional counsel for Defendant in this action.

RESPECTFULLY SUBMITTED this 28th day of October, 2022.

**BURNSBARTON PLC**

By  */s/ C. Christine Burns*
        C. Christine Burns

**WAGNER HICKS PLLC**

Abbey M. Krysak
Sean C. Wagner
Meagan L. Allen

*Attorneys for Defendant Goldwater Bank N.A.*

# CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2022, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants.

Cristina Perez Hesano
Perez Law Group, PLLC
7508 North 59th Avenue
Glendale AZ 85301
cperez@perezlawgroup.com

Joseph M. Lyon
The Lyon Firm
2754 Erie Avenue
Cincinnati, OH 45208
jlyon@thelyonfirm.com

Terence R. Coates
Dylan J. Gould
Markovits, Stock & DeMarco, LLC
119 E. Court Street, Suite 530
Cincinnati, OH 45202
tcoates@msdlegal.com
dgould@msdlegal.com


s/ *Tiffany Hart*