Sean C. Wagner (*Pro Hac Vice*)
Sean.Wagner@wagnerhicks.law
Tyler B. Peacock (*Pro Hac Vice*)
Tyler.Peacock@wagnerhicks.law
Meagan L. Allen (*Pro Hac Vice*)
Meagan.Allen@wagnerhicks.law
Adam L. Wilson (*Pro Hac Vice*)
Adam.Wilson@wagnerhicks.law
**WAGNER HICKS PLLC**
831 East Morehead Street, Suite 860
Charlotte, NC 28202
Tel: (704) 705-7787; Fax: (704) 705-7787

C. Christine Burns (S.B.N. 017108)
christine@burnsbarton.com
**BURNSBARTON PLC**
2201 East Camelback Road, Ste. 360
Phoenix, AZ 85016
Tel: (602) 753-4500; Fax: (602) 428-7012

Attorneys for Defendant
**GOLDWATER BANK, N.A.**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John Feins, individually and on behalf of all others similarly situated,<br><br>*Plaintiff(s)*,<br><br>vs.<br><br>Goldwater Bank, N.A.,<br><br>*Defendant*. | Case No. 2:22-CV-00932-JJT<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff John Feins and Defendant Goldwater Bank, N.A., hereby stipulate to the dismissal of this lawsuit with prejudice. Each party shall bear his/its own costs.

**RESPECTFULLY SUBMITTED** this 30th day of November, 2023.

**WAGNER HICKS PLLC**

By: */s/ Sean C. Wagner*
    Sean C. Wagner
    Tyler B. Peacock
    Meagan L. Allen
    Adam L. Wilson

**BURNSBARTON PLC**
    C. Christine Burns

*Attorneys for Defendant Goldwater Bank, N.A.*


**MARKOVITS, STOCK & DEMARCO, LLC**

By: */s/ Terence R. Coates*
    Terence R. Coates
    Dylan J. Gould

**PEREZ LAW GROUP, PLLC**
    Cristina Perez Hesano

**THE LYON FIRM**
    Joseph M. Lyon

*Attorneys for Plaintiff John Feins*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on November 30, 2023, I electronically transmitted the foregoing document to the Clerk's Office, using the CM/ECF System for filing.

/s/ *Sean C. Wagner*