IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John Feins,<br><br>    Plaintiff,<br><br>v.<br><br>Goldwater Bank NA,<br><br>    Defendant. | No. CV-22-00932-PHX-JJT<br><br>**ORDER** |

Upon review of the parties' Joint Stipulation of Dismissal with Prejudice (Doc. 44), and good cause appearing,

**IT IS ORDERED** granting the Stipulation (Doc. 44). The above-entitled matter is hereby dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

**IT IS FURTHER ORDERED** directing the Clerk to close this matter.

Dated this 1st day of December, 2023.

Honorable John J. Tuchi
United States District Judge